AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Middle__ District of __North Carolina__

UNITED STATES OF AMERICA

V.

Joffre J. Cross, III, aka Trey Cross

**WARRANT FOR ARREST**

Case Number: 1:07mJ70-1

FILED JUN - 7 2007
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Joffre J. Cross__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
distributing morphine sulfate and diazepam, Schedules I and IV controlled substances within the meaning of Title 21, United States Code, Section 812; carrying a firearm during and in relation to a drug trafficking crime; and selling property of the United States Government without authorization;

in violation of Title __21; 18__ United States Code, Section(s) __841(a)(1); 924(c)(1)(a)(i) & 641__

__Russell A. Eliason__
Name of Issuing Officer

__United States Magistrate__
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

__June 4, 2007   Winston-Salem, North Carolina__
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_Fayetteville, NC_

| DATE RECEIVED 6/4/2007 | NAME AND TITLE OF ARRESTING OFFICER FBI | SIGNATURE OF ARRESTING OFFICER _(signature)_ for FBI |
|---|---|---|
| DATE OF ARREST 6/4/2007 | | |