IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| JOFFRE JAMES CROSS, III | : | 1:07CR218-1 |
| JASON SCOTT NIEWOIT | : | 1:07CR218-2 |

The Grand Jury charges:

COUNT ONE

On or about May 24, 2007, in the County of Cabarrus, in the Middle District of North Carolina, JOFFRE JAMES CROSS, III, and JASON SCOTT NIEWOIT willfully, knowingly and intentionally did unlawfully distribute approximately thirty (30) syringes of a mixture and substance containing a detectable amount of morphine sulfate, a Schedule I, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT TWO

On or about May 24, 2007, in the County of Cabarrus, in the Middle District of North Carolina, JOFFRE JAMES CROSS, III, and JASON SCOTT NIEWOIT willfully, knowingly and intentionally did unlawfully distribute approximately twelve (12) syringes of a mixture and substance containing a detectable amount of diazepam, a Schedule IV, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21,

United States Code, Sections 841(a)(1) and (b)(2) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about May 24, 2007, in the County of Cabarrus, in the Middle District of North Carolina, JOFFRE JAMES CROSS, III, and JASON SCOTT NIEWOIT, in furtherance of drug trafficking crimes for which each could be prosecuted in a court of the United States, that is, possession with intent to distribute and distribution of morphine sulfate and diazepam, in violation of Title 21, United States Code, Section 841(a)(1), did knowingly possess a firearm, that is, a Bushmaster semiautomatic rifle, model and serial number unknown; in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT FOUR

On or about May 24, 2007, in the County of Cabarrus, in the Middle District of North Carolina, JOFFRE JAMES CROSS, III, and JASON SCOTT NIEWOIT, each then being an unlawful user of and addicted to any controlled substance, that is, marijuana, a Schedule I, controlled substance, knowingly did possess in commerce and affecting commerce a firearm, that is, a Bushmaster semiautomatic rifle, model and serial number unknown; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2) and 2.

COUNT FIVE

On or about May 24, 2007, in the County of Cabarrus, in the Middle District of North Carolina, JOFFRE JAMES CROSS, III, and JASON SCOTT NIEWOIT did willfully and knowingly steal, purloin and convert to their own use and the use of another, and without authority sell, convey and dispose of things of value of the United States and any agency thereof, that is, approximately thirty (30) syringes of a mixture and substance containing a detectable amount of morphine sulfate, approximately twelve (12) syringes of a mixture and substance containing a detectable amount of diazepam, two (2) ballistic vests and one (1) combat helmet, all belonging to a department and agency of the United States of America, that is, the United States Army, and such property having a value of more

than $1,000.00; in violation of Title 18, United States Code, Sections 641 and 2.

A TRUE BILL:

_____
FOREPERSON

_____
CLIFTON T. BARRETT
ASSISTANT UNITED STATES ATTORNEY

_____
GILL P. BECK
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY

4